431 P.2d 71

STATE of New Mexico, ex rel. MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a corporation, Petitioner,

v.

The Honorable Richard A. STANLEY, Judge of the District Court of the Third Judicial District of the State of New Mexico, Respondent.

No. 8464.

Supreme Court of New Mexico.

Sept. 13, 1967.

CHAVEZ, Chief Justice, and COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on June 28, 1967, be and the same is hereby quashed.

431 P.2d 71

John Robert WAGNER, Petitioner,

v.

The Honorable James M. SCARBOROUGH, District Judge, Respondent.

No. 8462.

Supreme Court of New Mexico.

Sept. 13, 1967.

CHAVEZ, Chief Justice, and COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on June 28, 1967, be and the same is hereby quashed.